Charles WILLIAMS, Petitioner

v.

The STATE of PA. Dept. of Corrections, John Wetzel, Amanda West, Michael Overmyer, Deputy Supt. Oberlander, Deputy Supt. Horton, Lt. Haggerty, Major Ennis, Sgt. Bloss, C.O. I Berry, C.O. III Wentz, C.O. IV Delimpew, C.O. I Friedline, Ms. Siegel, Mr. Perry, Ms. Blake, Sgt. Krafcznski, C.O. I Barb and Mr. Blicha, Respondents

No. 317 WAL 2016

Supreme Court of Pennsylvania.

December 28, 2016

## ORDER

PER CURIAM

**AND NOW**, this 28th day of December, 2016, the Petition for Allowance of Appeal and Request for Permission to File a Reply are denied.